UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE L. HOWARD,

    Petitioner,

v.                                                      Case No.:  8:10-cv-829-T-24 EAJ
                                                                                                                       8:07-cr-80-T-24 EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

       This cause is before the Court upon Petitioner Howard's motion to appeal the denial of his 28 U.S.C. § 2255 motion in forma pauperis (Civ. Doc. No. 19) and motion to extend time to file a motion requesting a certificate of appealability (Civ. Doc. No. 20).  In the order denying his § 2255 motion, the Court stated that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal in forma pauperis.  (Civ. Doc. No. 16 at 14).  Accordingly, the instant motions to appeal in forma pauperis (Civ. Doc. No. 19) and to extend time to file a motion requesting a certificate of appealability (Civ. Doc. No. 20) are **DENIED**.

       **DONE AND ORDERED** at Tampa, Florida, this 29th day of March, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner